AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>- 01 Isamir Domingo SANDOVAL-Aran<br>1999, Mexican National<br>- 02 Roman OLVERA-Aldher<br>1989, Mexican National<br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 7:19 mj 51 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/07/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Possession with Intent to Distribute Marijuana, approximately 123.50 kilograms, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

**See Attachment I**

☑ Continued on the attached sheet.

_____
Complainant's signature

Bernardo Anzaldua Jr., DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2019

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis, US Magistrate Judge
*Printed name and title*

**Attachment I**

1. On January 7, 2019, at approximately 06:30 AM, United States Border Patrol Agent (USBPA) Michael Crowley, was working Zone 6 along with Horse Patrol when USBPA Crowley heard via his service radio of possible narcotics traffic near the Banworth Canal in Sullivan, TX. US Border Patrol Aerostat 2 (A2) had spotted several subjects carrying bundles of possible narcotics on the Mexican river bank.

2. On that same date, once USPBAs arrived to the area, USPBA Crowley deployed his Track and Trail service canine Salsa (CCEP# 061205) on the United States river bank across from where the subjects had been observed. USBPAs Daniel Reyes and Guadalupe Ramirez, were also present and assisted in tracking the suspects. Canine Salsa immediately located the trail and began to track the subjects. USBPAs tracked the individuals for approximately 1.25 miles when USPBAs encountered six (6) subjects running away from the intersection of Patricio Perez Road and Military Highway, where bundles of marijuana were discovered. USBPA Ramirez immediately began running after a subject later identified as, SANDOVAL-Aran Isamir Domingo. USBPA Ramirez was able to catch up top SANDOVAL-Aran and immediately placed SANDOVAL-Aran under arrest upon contact.

3. On that same date, a second (2nd) subject, later identified as OLVERA-Aldher, Roman, was apprehended when USBPAs Tyler Antone and Luis Gudino found OLVERA-Aldher sitting on the side of the road parallel to where the bundles had been discovered. OLVERA-Aldher and SANDOVAL-Aran were arrested approximately within 100-150 yards of where the bundles were found. OLVERA-Aldher and SANDOVAL-Aran hands were checked and both had discoloration and small red marks which looked as if they had been carrying something heavy. OLVERA-Aldher and SANDOVAL-Aran were placed in handcuffs and placed in a service vehicle waiting for transportation to the McAllen Border Patrol Station for processing.

4. A search of the area was conducted and 5 large bundles containing a total of 24 bricks were discovered in the nearby brush where they had been seen absconding from. OLVERA-Aldher, SANDOVAL-Aran and the bundles were transported to the McAllen Border Patrol Station for further processing and investigation. OLVERA-Aldher and SANDOVAL-Aran are Mexican nationals that did not have documentation to be or remain in the United States legally. OLVERA-Aldher and SANDOVAL-Aran were read their Miranda Rights and entered into the E3/IAFIS system. The contents of the bundles were tested and they returned positive for marijuana. The marijuana weighed a total of 123.5 KG (272 LBS). DEA Special Agent Anzaldua was contacted and will be taking custody of the individuals. The narcotics and subjects were turned over to DEA

for processing. An Immigration Detainer (DHS Form I-247A) was issued for OLVER-Aldher and SANDOVAL-Aran for the transfer of custody.

5. On that same date, at approximately 10:54 AM, US Drug Enforcement Administration (DEA) Special Agents (SA) Bernardo Anzaldua Jr., Joshua Garza, Task Force Officers (TFO) Ruben Duran and Trinidad Gonzalez arrived at the McAllen, Texas US Border Patrol Station.

6. On that same date, at approximately 11:31 AM, SA Anzaldua, as witnessed by TFO Duran provided OLVERA-Aldher with a Spanish language version of Form DEA-13b (Advice of Rights), in which OLVERA-Aldher was advised of his Miranda Rights. OLVERA-Aldher admitted to agents that he assisted in carrying a bundle of marijuana.

7. On that same date, at approximately 12:11 PM, SA Anzaldua, as witnessed by SA Garza provided SANDOVAL-Aran with an English language version of Form DEA-13 (Advice of Rights), in which SANDOVAL-Aran was advised of his Miranda Rights. SANDOVAL-Aran admitted to agents that he was going to be paid approximately $300.00 in US dollars to assist with transporting the marijuana.

8. On that same date, at approximately 1:10 PM, SAs Anzaldua, Garza, TFOs Duran and Gonzalez took custody OLVERA-Aldher, SANDOVAL-Aran and the suspected marijuana.